456 U.S. 955
 102 S.Ct. 2028
 72 L.Ed.2d 479
 INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, et al., petitioners,
v.
Joseph TERRELL, Jr., et al
 No. 81-1029
 Supreme Court of the United States
 May 3, 1982
 
 1
 On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded for further consideration in light of Pullman-Standard v. Swint, 456 U.S. 273, 102 S.Ct. 1781, 72 L.Ed.2d 66 (1982).
 
 
 2
 Opinion after remand, 696 F.2d 1132.